The People of the State of New York, Appellant, v Terrance L. Mack, Respondent.

Submitted February 16, 2016; decided February 23, 2016

Motion to file a supplemental brief granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

The People of the State of New York ex rel. Shaliek Carter, Appellant, v Brandon J. Smith, as Superintendent of Greene Correctional Facility, Respondent.

Decided February 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

The People of the State of New York ex rel. Gary H. Moore, Appellant, v Superintendent of Coxsackie Correctional Facility, Respondent.

Decided February 23, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge Stein taking no part.